IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARA BETH WEBMAN, <br> BOP ID 64347-019, <br>     Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Respondent. | MOTION TO VACATE <br> 28 U.S.C. § 2255 <br><br> CRIMINAL ACTION NO. <br> 1:15-CR-0149-SCJ-CMS <br><br> CIVIL ACTION NO. <br> 1:16-CV-3968-SCJ-CMS |

## **ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Catherine M. Salinas [Doc. No. 16], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Movant's § 2255 motion [Doc. No. 13] is **DENIED**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 25th day of April, 2017.

                                        s/Steve C. Jones
                                        STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE